

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PARTEEK SHARMA,<br><br>                     Petitioner,<br><br>v.<br><br>WARDEN OF IMPERIAL REGIONAL DETENTION FACILITY, et al.,<br><br>                     Respondents. | Case No.:  3:26-cv-00880-CAB-VET<br><br>**ORDER REQUIRING BOND HEARING** |

Pending before the Court is a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241, [Doc. No. 1 ("Petition")], filed by Petitioner Parteek Sharma. Petitioner claims that he is detained by Immigration and Customs Enforcement ("ICE") without a bond hearing in violation of 8 U.S.C. § 1226(a). [*Id.* at 11–13.]

Respondents' return to the Petition does not contest any of Petitioner's alleged facts. Though Respondents state their position is that Petitioner is subject to mandatory detention under § 1225(b), they "acknowledge[] that this District's prior decisions" regarding Petitioner's classification under 8 U.S.C. § 1225 or §1226 "would control the result here . . . as the facts are not materially distinguishable . . . on the legal issue of which statutory provision authorizes Petitioner's detention." [Doc. No. 4 at 3.]

In light of the Government's Response, which amounts to a non-opposition that improperly incorporates arguments and materials by reference, the Court **ORDERS** Respondents to provide Petitioner a bond hearing before an immigration judge, held pursuant to 8 U.S.C. § 1226(a), by **March 12, 2026**.  Respondents are further **ORDERED** to update this Court on the outcome of Petitioner's bond hearing by **March 16, 2026**.

It is **SO ORDERED**.

Dated: February 26, 2026

Hon. Cathy Ann Bencivengo
United States District Judge

3:26-cv-00880-CAB-VET